IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OTIS LEE BOYD,

      Petitioner,                         08cv0012
                                        **ELECTRONICALLY FILED**

     v.

GERALD ROZUM, ATTORNEY GENERAL
OF THE STATE OF PENNSYLVANIA,

      Respondents.

## Order of Court

Petitioner appeals the Scheduling Order of United States Magistrate Judge Caiazza (doc. no. 8), wherein Judge Caiazza ordered the district attorney to address the issue of state exhaustion (among other things) by a date certain. Petitioner's "appeal," as he terms it, will be denied because he is attempting to argue the merits of the exhaustion issue. Judge Caiazza's Order did not express an opinion on the merits of the underlying issues related to petitioner's writ of habeas corpus. The merits of this case will be addressed in due course. Accordingly, petitioner's appeal is hereby DENIED.

                                                      s/ Arthur J. Schwab
                                                      Arthur J. Schwab
                                                      United States District Judge

cc:    All Registered ECF Counsel and Parties

The Honorable Francis X. Caiazza
United States Magistrate Judge

Otis Lee Boyd
EY4396
SCI Somerset

1600 Walters Mill Rd.
Somerset, PA 15510
PRO SE PLAINTIFF